**Adam Wayne MARSH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77520**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 28, 2015

Jeannette L. Igbenebor, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Thomas H. Newton, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges

### Order

Per Curiam:

Mr. Adam Wayne Marsh appeals from the Judgment of the Circuit Court of Nodaway County, Missouri, denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum of law has instead been provided to the parties explaining our ruling. The judgment is affirmed. Rule 84.16(b).